# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 23-5049**

**September Term, 2023**

FILED ON: DECEMBER 19, 2023

MONTE SILVER AND MONTE SILVER, LTD., AN ISRAELI CORPORATION,
          APPELLANTS

v.

UNITED STATES OF AMERICA,
          APPELLEE

Appeal from the United States District Court
for the District of Columbia
(No. 1:22-cv-00013)

Before: HENDERSON and KATSAS, *Circuit Judges*, and RANDOLPH, *Senior Circuit Judge*.

## J U D G M E N T

This case was considered on the record from the United States District Court for the District of Columbia and on the briefs and oral arguments of the parties. The court has afforded the issues full consideration and determined they do not warrant a published opinion. *See* D.C. CIR. R. 36(d). For the following reasons, it is

**ORDERED** and **ADJUDGED** that the district court's judgment of dismissal be affirmed for the reasons stated by the district court in the January 30, 2023, memorandum opinion in support thereof. Pursuant to D.C. Circuit Rule 36(d), this disposition will not be published. The Clerk is directed to withhold issuance of the mandate until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* FED. R. APP. P. 41(b); D.C. CIR. R. 41(a)(1).

### Per Curiam

                **FOR THE COURT:**
                Mark J. Langer, Clerk

BY:    /s/
           Daniel J. Reidy
           Deputy Clerk